■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS G. POOLE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Genesee County Court, Morton, J.—attempted robbery, second

degree.) Present—Doerr, J. P., Boomer, Green, Balio and Davis, JJ.